UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NAPOLEON FOSTER | CIVIL ACTION |
| VERSUS | NO. 06-9876 |
| STATE OF LOUISIANA THROUGH THE DEPT. OF CORRECTIONS AND ORLEANS PARISH, HUNTS, CONCORDIA PARISH, MARLIN GUSMAN | SECTION "N" (4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. No. 12)** filed by the State of Louisiana through the Department of Public Safety and Corrections is **GRANTED** and the Title 42 U.S.C. § 1983 and state law claims filed by the plaintiff, Napoleon Foster, against this defendant are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that Foster's § 1983 claims against Orleans Parish Sheriff Marlin Gusman, Elayn Hunt Correctional Center, Orleans Parish, and Concordia Parish, are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be



granted and/or for seeking monetary relief against an immune defendant pursuant to Title 28 U.S.C. § 1915e and § 1915A and Title 42 U.S.C. § 1997e, as applicable.

**IT IS FURTHER ORDERED** that Foster's state tort claims against are **DISMISSED WITHOUT PREJUDICE** to his ability to pursue the claims in the appropriate state forum because the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this 11th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE